United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20638
Summary Calendar

LEONARD RAY CROOMS,

Petitioner-Appellant,

versus

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CV-2069
--------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Leonard Ray Crooms, Texas prisoner # 352784, who is a
sanctioned litigant, requests permission to proceed relative to
an appeal of the district court's denial of his 28 U.S.C. § 2254
habeas corpus petition. However, Crooms failed to request
permission of the district court to file his petition, as he is
required to do pursuant to this court's order in Crooms v.
Cockrell, No. 01-21003 (5th Cir. March 28, 2002). Therefore,
Crooms's application for leave to proceed is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that Crooms's motions for leave to file a supplemental complaint and for a certificate of appealability are DENIED as having been improvidently filed.

PERMISSION AND MOTIONS DENIED.